# ALABAMA COURT OF CRIMINAL APPEALS



September 20, 2024

**CR-2023-0348**
City of Huntsville v. Brodrick D. Fearn (Appeal from Madison Circuit Court: CC-22-4774)

# <u>NOTICE</u>

You are hereby notified that on September 20, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk